**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-1948

KATHLEEN LAMB DORSEY,

Plaintiff - Appellant,

versus

UNIVERSITY OF NORTH CAROLINA, AT WILMINGTON;
SAMUEL B. CONNALLY, individually and in his
official capacity as associate director of
Human Resources, UNCW,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  W. Earl Britt, Senior
District Judge.  (CA-93-96-7-BR)

Submitted:  June 9, 1998            Decided:  June 30, 1998

Before NIEMEYER and WILLIAMS, Circuit Judges, and HALL, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kathleen Lamb Dorsey, Appellant Pro Se.  Celia Grasty Jones, Joyce
S. Rutledge, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA,
Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kathleen Lamb Dorsey appeals the district court's order granting defendants' motion for summary judgment in this action alleging unlawful employment practices, in violation of Title VII, 42 U.S.C.A. §§ 2000e to -17 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Dorsey v. University of North Carolina at Wilmington, No. CA-93-96-7-BR (E.D.N.C. June 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED